UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                         CRIMINAL ACTION

ERNEST E. ROBERTSON, JR.                              NUMBER 95-60-BAJ-SCR

**RULING ON REQUEST FOR APPOINTMENT OF COUNSEL**

Before the court on Request for Appointment of Counsel by defendant/petitioner Ernest E. Robertson, Jr. (hereafter, "petitioner"). Record document number 295.

Pro se petitioner file a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.[1] Petitioner challenged the reduction of his sentence from life to 480 months, which was imposed pursuant to 18 U.S.C. § 3582(c)(2).[2]

Petitioner does not have a constitutional right to appointment of counsel in a habeas corpus action. *Pennsylvania v. Finley*, 481 U.S. 551, 555, 107 S.Ct. 1990, 1993 (1987).

Pursuant to Rule 8(c), Rules Governing Section 2255 Proceedings, the court shall appoint counsel for a petitioner who qualifies for appointment of counsel under 18 U.S.C. § 3006A if the court determines that an evidentiary hearing is required. Because the court has not determined that an evidentiary hearing is

---

[1] Record document number 293.

[2] Record document number 289.

required, the petitioner does not have a statutory right to appointment of counsel.

Accordingly, the petitioner's Request for Appointment of Counsel is denied.

Baton Rouge, Louisiana, June 24, 2013.

                                           STEPHEN C. RIEDLINGER
                                           UNITED STATES MAGISTRATE JUDGE